

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-14-00579-CR

MAYRA FLORES, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 339th District Court of Harris County. (Tr. Ct. No. 1280239).

This Court today considered a motion for rehearing filed by appellant, Mayra Flores. We order that the motion be **denied** and that this Court's former judgment of June 11, 2015, be **vacated, set aside, and annulled**. We further order that this Court's opinion of June 11, 2015, be **withdrawn**.

This case is an appeal from the final judgment signed by the trial court on March 31, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that this decision be certified below for observance.

Judgment rendered July 30, 2015. Panel consists of Chief Justice Radack and Justices Higley and Massengale. Opinion delivered by Justice Higley.